IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>MATTHEW TIMOTHY FLYNN,<br><br>    Defendant. | 8:99CR178<br><br>ORDER TO RELEASE GARNISHMENT |

This matter comes before this Court on the Motion of the Plaintiff, United States of America, for an order releasing the garnishment against Applebee's (Filing No. 33), and for good cause shown,

IT IS HEREBY ORDERED that the garnishment against Applebee's, is released.

DATED this 9th day of January, 2013.

            BY THE COURT:

            *s/ Joseph F. Bataillon*
            JUDGE, U. S. DISTRICT COURT